IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **TERRY DWAYNE LEVELS, #23099-077**, § <br> § <br> Plaintiff, § <br> v. § <br> § <br> **UNITED STATES ATTORNEY GENERAL** § <br> and **UNITED STATES ATTORNEY FOR** § <br> **THE NORTHERN DISTRICT OF TEXAS,** § <br> § <br> Defendants. § | Civil Action No. **3:06-CV-2191-L** |

# ORDER

Before the court are the Findings, Conclusions and Recommendations of the United States Magistrate Judge, entered May 29, 2007. No objections to the magistrate judge's findings and conclusions were filed. This case is a *pro se* civil action by Plaintiff Terry Dwayne Levels, seeking access to records from a prior criminal case pursuant to the Freedom of Information Act, 5 USC § 552, and the Privacy Act of 1974, 5 USC § 552a. Magistrate Judge Paul D. Stickney found that Plaintiff's claims are frivolous because he is not entitled to disclosure of the grand jury ballot in his criminal case under either theory.

Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court. The court therefore **dismisses with prejudice** Plaintiff's complaint as frivolous.

**It is so ordered** this 26th day of June, 2007.

                                        Sam A. Lindsay
                                        United States District Judge